**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STERLING CONSULTING CORPORATION, | : | CASE NO. 23-20196 (MAM) |
| | : | |
| DEBTOR. | : | |

## MOTION OF UNITED STATES TRUSTEE TO DISMISS THIS CASE

The United States Trustee files this motion pursuant to 11 U.S.C. Section 1112 (b) for an order dismissing this case and as grounds therefore states:

1. Sterling Consulting Corporation ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on December 11, 2023, and elected to proceed under Subchapter V (ECF. No. 1).

2. On December 12, 2023, the United States appointed Carol Lynn Fox, as the Subchapter V Trustee (ECF. No. 11).

3. On December 18, 2023, the Debtor filed its Chapter 11 Case Management Summary ("Case Management Summary"; ECF No. 20). The Case Management Summary states that "The Debtor operated as a receiver in a large number of receiverships . . ." (ECF No. 20, at ¶3).

4. The Debtor contends that it had a successful receivership practice until a dispute arose in a divorce case where the Debtor was appointed as receiver. (ECF No. 20, ¶5)

5. The Debtor has failed to file the monthly operating reports for December 2023 and January 2024.

6. Section 1112(b)(1) provides that after notice and a hearing, the Court shall dismiss or convert a case to a case under chapter 7 if the movant establishes cause. Section 1112(b)(4) lists several items which would constitute "cause" for purposed of conversion or dismissal.

7. Pursuant to 11 U.S.C. §1112(b)(4)(F), an unexcused failure to satisfy timely any filing or reporting requirement established by Title 11 or by any rule applicable to a case under Chapter 11, establishes cause to dismiss or convert a chapter 11 case.

8. Bankruptcy Code section 704(a)(8) requires the debtor file with the Court and the United States Trustee periodic reports and summaries of the operation of its business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the Court requires.

9. Federal Rule of Bankruptcy Procedure 2015(a) directs chapter 11 debtors-in-possession to file the reports and summaries required by section 704(a)(8).

10. The United States Trustee is responsible for ensuring all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress. 28 U.S.C. § 586 (a)(3)(D) and (G).

11. Accordingly, the United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees (the Guidelines"). The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss or convert the case, a motion for appointment of a chapter 11 trustee or an examiner, or a motion for sanctions.

12. The United States Trustee reviewed the Guidelines with the Debtor's attorney and representative.

13. The Debtor has failed to file the December 2023 and January 2024 monthly operating reports.

14. The Debtor's unexcused failure to timely file the monthly reports is cause for the dismissal of this case pursuant to 11 U.S.C. §1112(b)(4)(F).

15. Based on the foregoing, the United States Trustee submits that it would be in the best interests of creditors to dismiss this case.

WHEREFORE, the United States Trustee respectfully requests the Court enter an order dismissing this case and for such other and further relief as may seem just and proper.

                                        MARY IDA TOWNSON  
                                        UNITED STATES TRUSTEE  
                                        REGION 21

                                        By: _____/s/_____  
                                        Martin P. Ochs*  
                                        Georgia Bar No. 091608  
                                        New York Bar No. MO-1203  
                                        United States Department of Justice  
                                        Office of the United States Trustee  
                                        362 Richard Russell Building  
                                        75 Ted Turner Drive SW  
                                        Atlanta, Georgia 30303  
                                        (404) 331-4509  
                                        martin.p.ochs@usdoj.gov

\* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the **MOTION OF UNITED STATES TRUSTEE TO DISMISS THIS CASE** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

Dana Kaplan:        dana@kelleylawoffice.com
Craig Kelley:        craig@kelleylawoffice.com
Eyal Berger:        eyal.berger@akerman.com
Ross Hoogerhyde:    ross.hoogerhyde@coag.gov
Carol Fox:        cfox@brileyfin.com

Sterling Consulting Corporation
4101 S. Louisiana Avenue
Suite 300
Denver, CO 80246
Attn: Richard Block, President

Gary Schwartz Receiver as Receiver
c/o John Chanin
Foster Graham Mistein & Calisher LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209

Internal Revenue Service
950 Pennsylvania Ave NW
Washington, DC 20530

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Acting US Attorney
99 NE 4th Street
Miami, FL 33132

Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg , 51 S.W. 1st Ave., 11th Floor
Miami, FL 33130

Jack Tanner
Fairfield and Woods
1801 California Street , Suite 2600
Denver, CO 80202

Waverton Group, Inc.
4101 E Louisiana Ave Ste 300
Denver, CO 80246

###

DONE this the 29th day of February, 2024.

By: _____/s/_____.
    Martin P. Ochs
    Georgia Bar No. 091608
    United States Department of Justice
    Office of the United States Trustee
    362 Richard Russell Building
    75 Ted Turner Drive SW
    Atlanta, Georgia 30303
    (404) 331-4509
    martin.p.ochs@usdoj.gov